63

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 26 1995

Michael N. Milby, Clerk

| | | |
|---|---|---|
| KEVIN PALERMO, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-94-510 |
| | § | |
| CASTLE ROCK ENTERTAINMENT, *et al.* | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. It is ORDERED that this cause be dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 90 days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act. It is further ORDERED that all motions currently pending are DENIED WITHOUT PREJUDICE. Any movant seeking to resubmit or reurge those motions must do so within 10 days from the date any motion for reinstatement is filed.

SIGNED on April 20, 1995, at Houston, Texas.

Lee H. Rosenthal
Lee H. Rosenthal
United States District Judge

950421 1045LHR007RP01

ClibPDF - www.fastio.com